**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    KARL L. HEIN and | : | |
|    HOPE W HEIN, | : | |
|          Debtors | : | Bky. No. 19-10834 ELF |

# O R D E R

**AND NOW,** the Debtors having failed to timely file the documents required by the orders dated **February 11, 2019 & February 25, 2019**,[1] it is hereby **ORDERED** that:

1. The above captioned bankruptcy case is **DISMISSED**.

2. The court retains jurisdiction to consider the reasonableness of any compensation received by the Debtors' counsel.

3. If not already filed, the Debtors' counsel shall file the statement required by Fed. R. Bankr. P. 2016(b) and, if already filed, file a supplemental statement if necessary **on or before March 19, 2019.**

4. Pursuant to 11 U.S.C. §329, a hearing shall be held on **March 26, 2019, at 1:00 p.m., in Bankruptcy Courtroom No. 1, U.S. Courthouse, 900 Market Street, 2d Floor, Philadelphia, PA 19107** to consider the reasonableness of any compensation received by the Debtors' counsel and whether any compensation should be returned to the entity that paid the compensation.

**Date: March 8, 2019**

                                                          **ERIC L. FRANK**
                                                          **U.S. BANKRUPTCY JUDGE**

cc: Karl L. Hein & Hope W. Hein
    211 East Summit Street
    Souderton, PA 18964

---

[1] Missing Documents:

[X] Chapter 13 Plan
[X] Schedules A-J
[X] Statement of Financial Affairs
[X] Means Test Calculation Form 122-C-2
[X] Chapter 13 Statement of Current Monthly Income
[X] Calculation of Commitment Period - Form 122C-1